***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted August 30, affirmed October 4, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MANUEL ALBERT RICCI,
*Defendant-Appellant*.

Lane County Circuit Court
20CR37763, 21CR40753;
A177271 (Control), A177272

Karrie K. McIntyre, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Bruce A. Myers, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Wheeler*, 320 Or App 273, 511 P3d 1142, *rev den*, 370 Or 404 (2022).